■ JACK AVITAL, Appellant, v LEAH FELDMAN et al., Defendants. (Matter No. 1.) In the Matter of JOSEPH CHEHEBAR et al., Respondents, v JACK AVITAL, Appellant, et al., Respondent. (Matter No. 2.) [636 NYS2d 622] —Appeal by the plaintiff in Matter No. 1, as limited by his brief, from stated portions of an order of the Supreme Court, Kings County (G. Aronin, J.), dated June 16, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Aronin at the Supreme Court. Ritter, J. P., Altman, Friedmann and Florio, JJ., concur.

■ BANK OF NEW YORK, Respondent, v CERTIFIED ELEVATOR PRODUCTS CORP. et al., Appellants. [636 NYS2d 623] —In an action to recover damages pursuant to a promissory note, the defendants appeal from a judgment of the Supreme Court, Queens County (O'Donoghue, J.), dated August 16, 1994, which, upon an order of the same court, dated June 13, 1994, granting the plaintiff's motion for summary judgment, is in favor of the plaintiff and against them in the principal amount of $436,000.

Ordered that the judgment is affirmed, with costs.

Under the circumstances of this case, the Supreme Court properly granted the plaintiff's motion for summary judgment since the defendants failed to present any genuine factual issues which would preclude summary relief (see, Zuckerman v City of New York, 49 NY2d 557). Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.